UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/09

MICHAEL MARCAVAGE, *et al*,

                      Plaintiffs,

-v-

CITY OF NEW YORK, *et al.*,

                      Defendants.

No. 05 Civ. 04949 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Clerk of the Court is respectfully directed to reinstate the Defendants' motion for summary judgment docketed as Document #72 that had been previously terminated.

SO ORDERED.

DATED:    New York, New York
              May 20, 2009

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE